# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | CASE NUMBER: 1:19-cv-01377-GSA<br><br>**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>(Doc. 2) |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X] GRANTED

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

IT IS SO ORDERED.

Dated: **October 1, 2019**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

2